NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIG BABOON, INC.,**
*Plaintiff-Appellant*

v.

**MICHELLE K. LEE, DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees*

---

2016-1232

---

Appeal from the United States District Court for the Western District of Washington in No. 2:14-cv-01771-JLR, Judge James L. Robart.

---

**JUDGMENT**

---

LANCE DONALD REICH, Han Santos Reich PLLC, Seattle, WA, argued for plaintiff-appellant.

MEGAN BARBERO, Appellate Staff, Civil Division, United States Department of Justice, Washington DC, argued for defendants-appellees. Also represented by BENJAMIN C. MIZER, ANNETTE L. HAYES, MARK R. FREEMAN; KAKOLI CAPRIHAN, THOMAS W. KRAUSE, Office

of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 August 5, 2016          /s/ Peter R. Marksteiner
      Date                  Peter R. Marksteiner
                           Clerk of Court